■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN REYES, Appellant. [872 NYS2d 687]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered on or about October 26, 2007, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Nardelli, Catterson and Moskowitz, JJ.

■ EAST FORTY-FOURTH STREET LLC, Respondent, v YUSUF BILDIRICI, Appellant. [870 NYS2d 790]—Order, Supreme Court, New York County (Louis B. York, J.), entered September 4, 2008, which, insofar as appealed from, denied defendant's motion to disqualify plaintiff's attorney, unanimously affirmed, with costs.

Disqualification for violation of Code of Professional Responsibility DR 5-102 (22 NYCRR 1200.21), which requires withdrawal by counsel if it appears that he will be called as a witness, was properly denied in the absence of a showing that the testimony of plaintiff's attorney will be necessary to establish the claim or prejudicial in the event the attorney is called (see *Kirshon, Shron, Cornell & Teitelbaum v Savarese*, 182 AD2d 911 [1992]). Concur—Tom, J.P., Andrias, Nardelli, Catterson and Moskowitz, JJ.